1  PHILIP BARILOVITS (State Bar No. 199944)
   pb@severson.com
2  NATHANIEL W. PETERS (State Bar No. 251514)
   nwp@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
5  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
6
   Attorneys for Defendants
7  BAC HOME LOANS SERVICING LP
   (*erroneously sued* as BANK OF AMERICA
8  HOME LOANS FKA COUNTRYWIDE
   HOME LOANS)
9
                 UNITED STATES DISTRICT COURT
10
                 EASTERN DISTRICT OF CALIFORNIA
11

| 12 | CAROL A. CALVERT, | Case No.: 2:09-cv-03608 FCD KJN |
|---|---|---|
| 13 | Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| 14 | vs. | |
| 15 | JP MORGAN CHASE; BENCHMARK LENDING GROUP, INC.; BANK OF AMERICA HOME LOANS FKA COUNTRYWIDE HOME LOANS; WASHINGTON MUTUAL BANK; QUALITY LOAN SERVICE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; NEIL BERNARD ALDRIDGE; GARRY GOODMAN; JASON TODD EHRLICHER; KERRIE CHAMBERS; and DOES 1-20 inclusive,, | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | Defendants. | |
| 22 | | |

23  //
24  //
25  //
26  //
27  //
28  //

**ORDER ON STIPULATION**

The Court, having reviewed the stipulation of the parties, and good cause appearing therefore, ORDERS that Defendant shall have including and until March 19, 2010 to respond to Plaintiff's Complaint in this matter.

IT IS SO ORDERED.

DATED:  March 16, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE