PATRICIA L. MCCLARAN (State Bar No. 95754)
plm@severson.com
PHILIP BARILOVITS (State Bar No. 199944)
pb@severson.com
NATHANIEL W. PETERS (State Bar No. 251514)
nwp@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendants
BAC HOME LOANS SERVICING LP
(*erroneously sued* as BANK OF AMERICA
HOME LOANS FKA COUNTRYWIDE
HOME LOANS)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL A. CALVERT,<br><br>              Plaintiff,<br><br>       vs.<br><br>JP MORGAN CHASE; BENCHMARK LENDING GROUP, INC.; BANK OF AMERICA HOME LOANS FKA COUNTRYWIDE HOME LOANS; WASHINGTON MUTUAL BANK; QUALITY LOAN SERVICE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; NEIL BERNARD ALDRIDGE; GARRY GOODMAN; JASON TODD EHRLICHER; KERRIE CHAMBERS; and DOES 1-20 inclusive,,<br><br>              Defendants. | Case No.:  2:09-cv-03608-FCD-DAD<br><br>**STIPULATION AND ORDER**<br><br>Complaint Date:  December 20, 2009<br>Trial Date:  None |

IT IS HEREBY STIPULATED by and between Carol A. Calvert and BAC Home Loans Servicing LP (erroneously sued as Bank of America Home Loans FKA Countrywide Home Loans) through their designated counsel, if applicable, that BAC Home Loans Servicing LP is hereby dismissed with prejudice from the above-captioned action pursuant to Fed. R. Civ. P. 41(a)(1). Each party shall bear their own costs and attorneys' fees.

DATED: April 2, 2010

SEVERSON & WERSON
A Professional Corporation

By: _____/s/   *Nathaniel W. Peters*_____
           Nathaniel W. Peters

PATRICIA L. MCCLAREN
 (State Bar No. 95754)
PHILIP BARILOVITS
 (State Bar No. 199944)
NATHANIEL W. PETERS
(State Bar No. 251514)
nwp@severson.com
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
BAC Home Loans Servicing LP

DATED: April 2, 2010

KING LAW OFFICES

By: _____/s/        Catherine King_____
               Catherine King

CATHERINE KING
(State Bar No. 145940)
king_catherine@att.net
2051 Hilltop Dr., Suite A28
Redding, CA 96002
Telephone:  (530) 221-2640
Facsimile: (866) 808-2223

## ORDER

Pursuant to the stipulation of the parties, this case is hereby dismissed with prejudice. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

Date:  April 6, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE